IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. and<br>THOMAS F. HINDS,<br><br>                    Plaintiffs,<br>          v.<br><br>ROBIN KRAEMER,<br>SHARON KRAEMER,<br>and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. **1:08-CV-01032-LJO-GSA**<br><br>**ORDER RE: SUBSTITUTING PARTY** |

Pursuant to the stipulation filed by the parties filed on June 25, 2009, the Court orders that :

    1.    THOMAS F. HINDS is no longer a party to this action by reason of his death.

    2.    Patricia MacLaughlin as Trustee of the Thomas F. Hinds and Mary Jane Hinds Living Trust is substituted as a party to this action in place of THOMAS F. HINDS.

IT IS SO ORDERED.

Dated: July 30, 2009           /s/ Gary S. Austin
                               UNITED STATES MAGISTRATE JUDGE