Jordan S. Stanzler (SBN 54620)
Jeffrey M. Curtiss (SBN 239199)
STANZLER LAW GROUP LLC
2275 E. Bayshore Rd., Suite 100
Palo Alto, California  94303
Telephone:     (650) 739-0200
Facsimile:      (650) 739-0916

Attorneys for Plaintiffs Hinds Investments, L.P. and Patricia MacLaughlin as Trustee of the Thomas F. Hinds and Mary Jane Hinds Living Trust

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. and PATRICIA MACLAUGHLIN AS TRUSTEE OF THE THOMAS F. HINDS AND MARY JANE HINDS LIVING TRUST,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>ROBIN KRAEMER,<br>SHARON KRAEMER,<br>and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants.<br>_____<br>AND RELATED ACTIONS | Case No. 1:08-CV-01032-LJO-GSA<br><br>**STIPULATION IN SUPPORT OF EX PARTE APPLICATION REGARDING CONTINUANCE OF PRETRIAL DEADLINES** |

IT IS HEREBY STIPULATED and agreed between Plaintiffs HINDS INVESTMENTS, L.P. and PATRICIA MACLAUGHLIN, as TRUSTEE OF THE THOMAS F. HINDS AND MARY JANE HINDS LIVING TRUST, and Defendants and Counterclaimants Robin Kraemer and Sharon Kraemer that the pretrial dates set forth in the Court's December 24, 2008 Scheduling Conference Order (Document No. 12) be continued one year as follows: (1) Expert Disclosure January 31, 2011; (2) Supplemental Expert Disclosure February 21, 2011; (3) Nonexpert Discovery Cutoff March 9, 2011; (4) Expert Discovery Cutoff March 25, 2011;

1

STIPULATION REGARDING CONTINUANCE OF TRIAL AND RELATED DATES

1  Discovery Motions Cutoff March 25, 2011; Status Conference; April 8, 2011.

3  DATED: January 22, 2010                STANZLER LAW GROUP LLC

5                                          By: _____/s/ Jordan S. Stanzler___
                                               Jordan S. Stanzler
6                                              Attorneys for Plaintiffs Hinds Investments,
                                               L.P. and Patricia MacLaughlin as Trustee of
7                                              the Thomas F. Hinds and Mary Jane Hinds
                                               Living Trust

9  DATED: January 22, 2010                ISOLA LAW GROUP, LLP

12                                         By: ____/s/ Reginald R. Schubert___
                                               Reginald R. Schubert
                                               Attorneys for Defendants Robin Kraemer
13                                             and Sharon Kraemer

15      The parties' stipulation is approved.  A status conference will be held at 9:30 a.m. on

16  April 8, 2011, before Magistrate Judge Gary S. Austin in Courtroom 10 of this Court.

18      IT IS SO ORDERED.

19      **Dated:   January 25, 2010**           _____/s/ **Gary S. Austin**_____
                                               UNITED STATES MAGISTRATE JUDGE

2

STIPULATION REGARDING CONTINUANCE OF TRIAL AND RELATED DATES