IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBIN KRAEMER, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 1:08-cv-01032-LJO-JLT <br><br> ORDER GRANTING IN PART AND DENYING IN PART THE STIPULATION TO AMEND SCHEDULING ORDER <br><br> (Doc. 24) |

Before the Court in this Comprehensive Environmental Response, Compensation and Liability Act matter, is the stipulation to amend the scheduling order. (Doc. 24) The parties report that Plaintiffs have been required by the Regional Water Quality Control Board, in part, to prepare a Remedial Action Plan/Feasibility Study related to the PCE contamination of the contaminated property. Id. at 3. In particular, they are required to determine the depth of the PCE contamination and the alternatives and cost for doing the remediation work. Id. at 2. The parties anticipate that the Remedial Action Plan/Feasibility Study will be completed within six months. Id. at 4. To allow time to prepare the report, they request the Court to amend the scheduling order to extend the deadlines for non-expert and expert discovery and discovery motions. Id. at 2-3.

Based thereon and GOOD CAUSE appearing, the Court ORDERS:

1. The scheduling order shall be amended as follows:

    A. Joint Expert Disclosure shall be made no later than August 1, 2011;

1

1        B.     Joint Supplemental Expert Disclosure shall be made no later than August 22, 2011;

2        C.     Non-Expert Discovery Deadline shall be September 9, 2011;

3        D.     Expert Discovery Deadline shall be September 30, 2011;

4        E.     Discovery Motions, including motions to be compel, shall be heard no later than September 30, 2011;

2. The status conference, currently set on April 8, 2011 at 9:30 a.m., **remains on calendar as scheduled.** The parties are ordered to file a joint status conference report no later than one week before the conference. The parties shall appear by telephone conference call by calling 661-326-6624.

IT IS SO ORDERED.

Dated: **February 14, 2011**                      /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE