1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. and PATRICIA MACLAUGHLIN AS TRUSTEE OF THE THOMAS F. HINDS AND MARY JANE HINDS LIVING TRUST,<br><br>Plaintiffs,<br>v.<br><br>ROBIN KRAEMER,<br>SHARON KRAEMER,<br>and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:08-CV-01032-LJO-JLT<br><br>STIPULATION AND ORDER AMENDING THE SCHEDULING ORDER<br><br>(Doc. 31) |

Plaintiffs HINDS INVESTMENTS, L.P., and PATRICIA MACLAUGHLIN AS TRUSTEE OF THE THOMAS F. HINDS AND MARY JANE HINDS LIVING TRUST ("HINDS") and Defendants and Counterclaimants SHARON KRAEMER and ROBIN KRAEMER ("KRAEMER") submit the following stipulation regarding the status of the environmental investigation/remediation of 2089 West Shaw Avenue, Fresno, CA (the "Site") pursuant to the status conference held on July 6, 2011:

The parties agree that the dates provided in the Joint Scheduling Report submitted on April 1, 2011 are more appropriate and feasible than those set by the Court in the February 14, 2011 Order. The alternative dates, as presented below, are proposed in order to allow the time

needed for the parties to learn whether the California Regional Water Quality Control Board ("Regional Board") will accept the proposed Soil Vapor Extraction Workplan ("Workplan") for the former Jones Cleaners located at the Site. HINDS submitted the Workplan to the Regional Board on or about June 8, 2011. Investigation and monitoring of groundwater contamination at the Site is ongoing.

The Regional Board does not have a deadline by which to respond to the proposed Workplan. The Regional Board may make comments on the Workplan and require revisions. The proposed dates are submitted by the parties based on the assumption that the Regional Board will comment and accept the Workplan in a reasonably prompt manner. The acceptance of the Workplan will provide greater certainty regarding the costs HINDS will incur in the environmental investigation and remediation of soil gas contamination at the Site. In addition, a continuance of the existing deadlines will allow time for settlement discussions without the immediate need to conduct discovery and incur additional expense.

Soil gas sampling at the Site began in 2006. An additional soil gas investigation was performed in 2008, which expanded the area under investigation both horizontally with greater coverage of the parking lots to the north and the south, as well as vertically, reaching deeper into the sediments at the Site. A pilot test was performed in 2009 to determine the effectiveness of soil vapor extraction as a potential remedial method. The results of the pilot test were submitted to the Regional Board in July 2009. The Regional Board responded to the pilot test results in December 2009, requesting additional soil gas sampling to define the contamination to the depth of groundwater. In response, HINDS' environmental consultants submitted a supplemental workplan which called for additional soil gas sampling. The Regional Board reviewed and commented on the supplemental workplan in May 2010, requiring, among other things,

additional soil gas probes. These soil gas probes were first sampled in July 2010. Based on further communications with the Regional Board, the soil gas probes were re-sampled in March 2011 to clarify concentrations detected in the initial sampling of these soil gas probe locations.

The Workplan which HINDS' environmental consultants submitted on or about June 8, 2011 proposes a remediation of soil gas contamination of the Site via soil vapor extraction and is based on testing which has been done to date. The Workplan calls for the installation of 15 new soil vapor extraction wells, and contemplates the use of 4 existing soil vapor extraction wells. The effectiveness of the system will be monitored through two new soil gas probes, as well as 7 existing soil gas probes and 6 existing soil vapor extraction wells. The proposed field work will commence approximately 4 weeks after the Regional Board has accepted the Workplan.

HINDS cannot provide a date by which the Regional Board will accept the Workplan, or whether the Regional Board will require further revisions to the Workplan prior to acceptance. The proposed dates are based on the parties' expectation that the Regional Board will accept the Workplan, or accept it with minor revisions, such that the cost of the proposed soil vapor remediation for the Site will be reasonably certain.

///

///

///

///

///

///

///

///

|  | Date Set in 2/14/11 Order | Alternative Date |
|---|---|---|
| Joint Expert Disclosure | 8/1/2011 | 1/1/2012 |
| Joint Supplemental Expert Disclosure | 8/22/2011 | |
| Non-Expert Discovery cutoff | 9/9/2011 | 1/15/2012 |
| Expert Discovery cutoff | 9/30/11 | 3/1/2012 |
| Discovery Motion cutoff | 9/30/2011 | |
| Pre-Trial motions | | 4/2/2012 |
| Pre-Trial conference | | 5/14/2012 |
| Trial | | 5/28/2012 |

Respectfully submitted,
Dated: July 7, 2011                              STANZLER LAW GROUP


                                                 By:  /s/Jordan S. Stanzler
                                                      Jordan S. Stanzler
                                                      Jeffrey M. Curtiss

                                                 Attorneys for Plaintiffs Hinds Investments, L.P. and
                                                 Patricia MacLaughlin as Trustee of the Thomas F. Hinds
                                                 and Mary Jane Hinds Living Trust


Dated:  July 7, 2011                             ISOLA LAW GROUP, LLP


                                                 By: /s/Reginald R. Schubert
                                                      David R. Isola
                                                      Reginald R. Schubert

                                                 Attorneys for Defendants and Counterclaimants Robin
                                                 Kraemer and Sharon Kraemer

///

# **ORDER**

Based upon the above stipulation and GOOD CAUSE APPEARING, the Court ORDERS the scheduling order is amended as follows:

1. Joint Expert Disclosure shall be made no later than January 1, 2012;

2. Joint Supplemental Expert disclosure shall be made no later than February 2, 2012;

3. Non-Expert Discovery Deadline shall be January 15, 2012;

4. Expert Discovery Deadline shall be March 1, 2012;

5. Pretrial motions shall be heard no later than April 2, 2012;

6. The pre-trial hearing shall be May 15, 2012, at 8:30 am in Courtroom 4 before Judge O'Neill; and

7. The trial shall be June 25, 2012, in Courtroom 4 before Judge O'Neill.

IT IS SO ORDERED.

Dated: July 8, 2011                                             /s/   Jennifer L. Thurston
                                                                            Magistrate Judge