IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P. et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBIN KRAEMER, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 1:08-cv-01032-LJO-JLT <br><br> ORDER AFTER SETTLEMENT CONFERENCE |

On December 19, 2011, the Court conducted the settlement conference with the parties. (Doc. 69) At the conference, the parties came to an agreement to settle the matter. The material terms were recited on the record. Therefore, pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than **December 29, 2012**, Plaintiff's counsel SHALL provide a draft settlement agreement to Defendants' counsel;

2. Defendants' counsel SHALL provide comments on the draft settlement agreement no later than **January 11, 2012**;

3. No later than **June 29, 2012**, the parties SHALL file a stipulated request dismissing the case;

4. All pending dates, including the trial date, are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

1

parties who contributed to violation of this order.  *See* Local Rules 110, 160 and 272.

IT IS SO ORDERED.

Dated:   **December 20, 2011**                              /s/ Jennifer L. Thurston
                                                           UNITED STATES MAGISTRATE JUDGE