IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P., et al., | CASE NO. CV F 08-1032 LJO JLT |
| Plaintiffs, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** (Doc. 38.) |
| vs. | |
| ROBIN KRAIMER, et al., | |
| Defendants. / | |

The parties have disobeyed the December 20, 2011 order to file appropriate papers, no later than June 29, 2012, to dismiss this action. As such, this Court ORDERS the parties, no later than July 10, 2012, to file papers to show good cause why this Court should not impose sanctions, including monetary sanctions or dismissal with or without prejudice, against the parties and/or their counsel for failure to comply with the December 20, 2011 order. This order to show cause will be discharged if, no later than July 10, 2012, the parties file appropriate papers to dismiss this action in its entirety. This Court ADMONISHES the parties and counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   July 2, 2012**                     /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1