# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HINDS INVESTMENTS, L.P., et al.,<br><br>               Plaintiffs,<br><br>   vs.<br><br>ROBIN KRAIMER, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. CV F 08-1032 LJO JLT<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 40.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   July 3, 2012**                              /s/ Lawrence J. O'Neill
                                                                                                UNITED STATES DISTRICT JUDGE